UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 14-00015 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| MICHAEL THOMAS CUPP | MAGISTRATE JUDGE HORNSBY |

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed (Record Document 49), and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendant's Motion to Suppress (Record Document 31) and Motion to Dismiss (Record Document 30) be and are hereby **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 10th day of June, 2014.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE