**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 14-00015 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| MICHAEL THOMAS CUPP | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Before the Court is Defendant Michael Thomas Cupp's ("Cupp") letter motion for clarification of jail credits. See Record Document 111. Cupp filed a similar motion in August 2018 and such motion was denied. See Record Documents 108-109. Cupp again challenges the Bureau of Prison's ("BOP") computation of his sentence. Specifically, he alleges that the BOP has not given him credit for 308 days he spent in federal custody. See Record Document 111. He also maintains that he has exhausted his administrative remedies within the BOP. See id.

This Court cannot simply "advise" the BOP to give Cupp credit for the 308 days, thereby affecting his release date. If Cupp believes the BOP has improperly calculated his federal sentence or failed to give him credit, his remedy is to file a petition pursuant to 28 U.S.C. § 2241, after first exhausting his administrative remedies with the BOP. See Pack v. Yusuff, 218 F.3d 448, 451 (5th Cir.2000) (a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is the appropriate vehicle in which "a sentenced prisoner attacks the manner in which a sentence is carried out or the prison authorities' determination of its duration") (citations omitted); U.S. v. Gabor, 905 F.2d 76, 77-78 n. 2 (5th Cir.1990); U.S. v. Garcia-Gutierrez, 835 F.2d 585, 586 (5th Cir.1998) (holding that claims for sentence credit to federal sentences are properly brought pursuant to § 2241); Leal v. Tombone, 341 F.3d

427, 429 (5th Cir.2003) (analyzing claim for credit to sentence under § 2241).

Thus, to the extent that Cupp is asking for relief from this Court outside the context of § 2241, his letter motion is **DENIED**. If Cupp seeks to challenge the BOP's computation of his sentence, he should file a § 2241 petition after exhausting his administrative remedies through the BOP. Additionally, the Clerk is directed to send blank § 2241 forms to Cupp.

**IT IS SO ORDERED.**

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 21st day of September, 2018.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT